IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-0995-EWN-MJW

FRED LUCE,

       Plaintiff,

v.

ALLSTATE INSURANCE COMPANY,

       Defendant.

---

**ORDER OF DISMISSAL**

---

THIS MATTER comes before the Court upon the Stipulation of Dismissal with Prejudice filed by the parties, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

The Court, being fully advised, hereby ORDERS that this action and all claims asserted herein are dismissed with prejudice pursuant to Rule 41 of the Federal Rule of Civil Procedure. Except as expressly provided in their Settlement Agreement and Mutual Release, the parties shall bear their own costs and attorney's fees.

ORDERED this 27th day of July, 2005.

                                            s/Edward W. Nottingham
                                              DISTRICT COURT JUDGE